**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>OWEN HUGHES,<br><br>        Defendant. | CASE NO. 2:20-cv-00321-JAM-KJN<br><br>**ORDER ON JOINT APPLICATION TO MODIFY THE PRETRIAL SCHEDULING ORDER** |

Upon Consideration of the Parties' Joint Application to modify the May 29, 2020 Pre-Trial Scheduling Order (ECF No. 13), and good cause appearing therefore, IT IS HEREBY ORDERED that the following dates be modified as follows:

- Expert disclosure:  From November 20, 2020, to February 19, 2021;
- Supplemental expert disclosure:  From December 4, 2020, to March 5, 2021;
- Discovery cutoff:  From January 29, 2021, to April 30, 2021;
- Dispositive motion filing deadline:  From March 9, 2021, to June 8, 2021;
- Dispositive motion hearing:  From April 6, 2021, to July 13, 2021 at 1:30 PM;
- Pretrial conference:  From May 14, 2021, to September 10, 2021 at 10:00 AM; and
- Trial:  From June 28, 2021, to October 25, 2021 at 9:00 AM.

IT IS SO ORDERED.

DATED:  November 10, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE